FILED
7/13/22 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 22-21268-GLT |
| | : | |
| Andy Wayne Westfall and | : | Chapter 13 |
| Rachel Diane Westfall, | : | |
| Debtors, | : | |
| _____ | : | Related to Docket No: 12 |
| Andy Wayne Westfall and | : | |
| Rachel Diane Westfall, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

**ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF**
**CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME**

**AND NOW** on this _13th Day of July_____, 2022, upon consideration of Debtors' Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtors shall have until **July 28, 2022**, [14 days later] to file their Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required. No further extensions will be granted.

BY THE COURT,

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21268-GLT |
| Andy Wayne Westfall | Chapter 13 |
| Rachel Diane Westfall | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andy Wayne Westfall, Rachel Diane Westfall, 2688 Savannah Road, New Castle, PA 16101-5541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Andy Wayne Westfall dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Rachel Diane Westfall dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2          User: auto          Page 2 of 2
Date Rcvd: Jul 13, 2022          Form ID: pdf900          Total Noticed: 1
TOTAL: 5