# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-21268-GLT |
| | : | |
| Andy Wayne Westfall and, | : | CHAPTER 13 |
| Rachel Diane Westfall, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

| Andy: | Rachel: |
|---|---|
| May 13, 2022 | None. |
| May 27, 2022 | |
| June 10, 2022 | |
| June 24, 2022 | |

**Next Payment Advice Expected (post-filing):**

| Andy: | Rachel: |
|---|---|
| July 8, 2022 | None. |

K.V.                                       WESTFALL, ANDY & RACHEL

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| A0R | 000151 | 000110 | | 0000190016 | 1 |

## Earnings Statement

**ADP**

ALLIED RUBBER &RIGGING SUPPLY
1655 PENNSYLVANIA 65
ELLWOOD CITY, PA 16117

Period Beginning: 04/25/2022
Period Ending: 05/08/2022
Pay Date: 05/13/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

ANDY W WESTFALL
2688 SAVANNAH RD
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 80.00 | 1,440.00 | 13,408.00 |
| Bonus | | | | 100.00 |
| Holiday | | | | 400.00 |
| Miscellaneo | | | | 120.00 |
| Personal | | | | 144.00 |
| Sick | | | | 288.00 |
| **Gross Pay** | | | **$1,440.00** | 14,460.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,307.94

| Other Benefits and Information | this period | total to date |
|---|---|---|
| ER 401K MTC | 57.60 | 527.20 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:    Married
Exemptions/Allowances:
   PA:    N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.18 | 312.50 |
| | Social Security Tax | -85.55 | 859.28 |
| | Medicare Tax | -20.01 | 200.96 |
| | PA State Income Tax | -42.36 | 425.44 |
| | Franklin Twp Local Svc Tax | -2.00 | 20.00 |
| | Shenango Twp Income Tax | -13.80 | 138.60 |
| | PA SUI Tax | -0.87 | 8.68 |
| | **Other** | | |
| | Accident | -6.78 | 67.80 |
| | Critical Illnes | -3.78 | 37.80 |
| | Dental | -11.13* | 111.30 |
| | Medical | -46.37* | 463.70 |
| | VISION | -2.56* | 25.60 |
| | 401K | -72.00* | 659.00 |
| | **Net Pay** | **$1,101.61** | |
| | CHECKING | -1,101.61 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

ALLIED RUBBER &RIGGING SUPPLY
1655 PENNSYLVANIA 65
ELLWOOD CITY, PA 16117

Advice number: 00000190016
Pay date: 05/13/2022

Deposited to the account of
ANDY W WESTFALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8560 | xxxx xxxx | $1,101.61 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| A0R | 000151 | 000110 | | 0000210016 | 1 |

## Earnings Statement

**ADP**

ALLIED RUBBER &RIGGING SUPPLY
1655 PENNSYLVANIA 65
ELLWOOD CITY, PA 16117

Period Beginning:  05/09/2022
Period Ending:    05/22/2022
Pay Date:         05/27/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

ANDY W WESTFALL
2688 SAVANNAH RD
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 61.00 | 1,098.00 | 14,506.00 |
| Personal | 18.0000 | 11.00 | 198.00 | 342.00 |
| Sick | 18.0000 | 8.00 | 144.00 | 432.00 |
| Bonus | | | | 100.00 |
| Holiday | | | | 400.00 |
| Miscellaneo | | | | 120.00 |
| **Gross Pay** | | | **$1,440.00** | 15,900.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,307.94

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.18 | 343.68 |
| | Social Security Tax | -85.56 | 944.84 |
| | Medicare Tax | -20.01 | 220.97 |
| | PA State Income Tax | -42.36 | 467.80 |
| | Franklin Twp Local Svc Tax | -2.00 | 22.00 |
| | Shenango Twp Income Tax | -13.80 | 152.40 |
| | PA SUI Tax | -0.86 | 9.54 |
| | **Other** | | |
| | Accident | -6.78 | 74.58 |
| | Critical Illnes | -3.78 | 41.58 |
| | Dental | -11.13* | 122.43 |
| | Medical | -46.37* | 510.07 |
| | VISION | -2.56* | 28.16 |
| | 401K | -72.00* | 731.00 |
| **Net Pay** | | | **$1,101.61** |
| | CHECKING | -1,101.61 | |
| **Net Check** | | | **$0.00** |

Other Benefits and Information | this period | total to date
---|---|---
ER 401K MTC | 57.60 | 584.80
Totl Hrs Worked | 61.00 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:         Married
Exemptions/Allowances:
  PA:         N/A

© 2000 ADP, LLC

---

ALLIED RUBBER &RIGGING SUPPLY
1655 PENNSYLVANIA 65
ELLWOOD CITY, PA 16117

Advice number:  00000210016
Pay date:       05/27/2022

Deposited to the account of
ANDY W WESTFALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8560 | xxxx xxxx | $1,101.61 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| A0R | 000151 | 000110 | | 0000230017 | 1 |

**Earnings Statement** ADP

ALLIED RUBBER &RIGGING SUPPLY
1655 PENNSYLVANIA 65
ELLWOOD CITY, PA 16117

Period Beginning: 05/23/2022
Period Ending: 06/05/2022
Pay Date: 06/10/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

ANDY W WESTFALL
2688 SAVANNAH RD
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 72.00 | 1,296.00 | 15,802.00 |
| Holiday | 18.0000 | 8.00 | 144.00 | 544.00 |
| Bonus | | | | 100.00 |
| Miscellaneo | | | | 120.00 |
| Personal | | | | 342.00 |
| Sick | | | | 432.00 |
| **Gross Pay** | | | **$1,440.00** | 17,340.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,307.94

| Other Benefits and Information | this period | total to date |
|---|---|---|
| ER 401K MTC | 57.60 | 642.40 |
| Totl Hrs Worked | 72.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.18 | 374.86 |
| | Social Security Tax | -85.56 | 1,030.40 |
| | Medicare Tax | -20.01 | 240.98 |
| | PA State Income Tax | -42.36 | 510.16 |
| | Franklin Twp Local Svc Tax | -2.00 | 24.00 |
| | Shenango Twp Income Tax | -13.80 | 166.20 |
| | PA SUI Tax | -0.86 | 10.40 |
| | **Other** | | |
| | Accident | -6.78 | 81.36 |
| | Critical Illnes | -3.78 | 45.36 |
| | Dental | -11.13* | 133.56 |
| | Medical | -46.37* | 556.44 |
| | VISION | -2.56* | 30.72 |
| | 401K | -72.00* | 803.00 |
| **Net Pay** | | | **$1,101.61** |
| | CHECKING | -1,101.61 | |
| **Net Check** | | | **$0.00** |

© 2000 ADP, LLC

ALLIED RUBBER &RIGGING SUPPLY
1655 PENNSYLVANIA 65
ELLWOOD CITY, PA 16117

Advice number: 00000230017
Pay date: 06/10/2022

Deposited to the account of
ANDY W WESTFALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8560 | xxxx xxxx | $1,101.61 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| A0R | 000151 | 000110 | | 0000250019 | 1 |

## Earnings Statement 

ALLIED RUBBER &RIGGING SUPPLY
1655 PENNSYLVANIA 65
ELLWOOD CITY, PA 16117

Period Beginning: 06/06/2022
Period Ending: 06/19/2022
Pay Date: 06/24/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

ANDY W WESTFALL
2688 SAVANNAH RD
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 77.00 | 1,386.00 | 17,188.00 |
| Bonus | | | | 100.00 |
| Holiday | | | | 544.00 |
| Miscellaneo | | | | 120.00 |
| Personal | | | | 342.00 |
| Sick | | | | 432.00 |
| **Gross Pay** | | | **$1,386.00** | 18,726.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,256.64

| Other Benefits and Information | this period | total to date |
|---|---|---|
| ER 401K MTC | 55.44 | 697.84 |
| Totl Hrs Worked | 77.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:           Married
Exemptions/Allowances:
  PA:           N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -26.05 | 400.91 |
| | Social Security Tax | -82.20 | 1,112.60 |
| | Medicare Tax | -19.23 | 260.21 |
| | PA State Income Tax | -40.71 | 550.87 |
| | Franklin Twp Local Svc Tax | -2.00 | 26.00 |
| | Shenango Twp Income Tax | -13.26 | 179.46 |
| | PA SUI Tax | -0.84 | 11.24 |
| | **Other** | | |
| | Accident | -6.78 | 88.14 |
| | Critical Illnes | -3.78 | 49.14 |
| | Dental | -11.13* | 144.69 |
| | Medical | -46.37* | 602.81 |
| | VISION | -2.56* | 33.28 |
| | 401K | -69.30* | 872.30 |
| | **Net Pay** | **$1,061.79** | |
| | CHECKING | -1,061.79 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

ALLIED RUBBER &RIGGING SUPPLY
1655 PENNSYLVANIA 65
ELLWOOD CITY, PA 16117

Advice number:  00000250019
Pay date:       06/24/2022

Deposited to the account of
ANDY W WESTFALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8560 | xxxx xxxx | $1,061.79 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-21268-GLT |
| | : | |
| **Andy Wayne Westfall and,** | : | **CHAPTER 13** |
| **Rachel Diane Westfall,** | : | |
| **Debtors** | : | |
| | : | |
| **Andy Wayne Westfall,** | : | |
| **Movant** | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Andy Wayne Westfall, hereby state as follows:

1.) I am employed; therefore, I have provided the prior (6) six months' pay advices.
2.) I am also self-employed, where I bring home an average of $766.00 per month from my business.
3.) I was required to file 2020 – 2021 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: July 27, 2022                          /s/ Andy Wayne Westfall
                                                            Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-21268-GLT |
| | : | |
| **Andy Wayne Westfall and,** | : | **CHAPTER 13** |
| **Rachel Diane Westfall,** | : | |
| Debtors | : | |
| | : | |
| **Rachel Diane Westfall,** | : | |
| Movants | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Rachel Diane Westfall, hereby state as follows:

1.) I am unemployed; therefore, I am unable to provide the prior (6) six months' pay advices.
2.) I live with my husband, who brings home an average of $3,285.79 per month.
3.) I receive food stamps in the amount of $709.00 per month.
4.) I was required to file 2020 – 2021 tax returns; therefore, I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: July 27, 2022                                        /s/ Rachel Diane Westfall
                                                                          Debtor