

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2221268

DEBTOR(S):

ANDY WAYNE WESTFALL

RACHEL DIANE WESTFALL

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $701.47

CREDITOR'S SIGNATURE:

*/s/ Lore'l Thompson*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

8/31/2022