IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ANDY WAYNE WESTFALL, and<br>RACHEL DIANE WESTFALL,<br><br>      Debtors<br><br>FIRST-CITIZENS BANK & TRUST<br>COMPANY SUCCESSOR BY MERGER TO<br>CIT BANK,<br><br>      Movant,<br><br>   V.<br><br>ANDY WAYNE WESTFALL,<br>RACHEL DIANE WESTFALL, and<br>RONDA J. WINNECOUR, Trustee,<br>      Respondents. | Bankruptcy No. 22-21268-GLT<br><br>Chapter 13<br><br>Doc. No. |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF FIRST-CITIZENS BANK & TRUST COMPANY BY MERGER TO CIT BANKFOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Friday, December 16, 2022**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to your lawyer at once.

An in-person hearing will be held on **Wednesday, January 11, 2023, at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: November 29, 2022

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for First-Citizens Bank & Trust Company by Merger to CIT Bank*