IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> ANDY WAYNE WESTFALL, and <br> RACHEL DIANE WESTFALL, <br><br> Debtors <br><br> FIRST-CITIZENS BANK & TRUST COMPANY SUCCESSOR BY MERGER TO CIT BANK, <br><br> Movant, <br><br> V. <br><br> ANDY WAYNE WESTFALL, <br> RACHEL DIANE WESTFALL, and <br> RONDA J. WINNECOUR, Trustee, <br> Respondents. | Bankruptcy No. 22-21268-GLT <br><br> Chapter 13 <br><br> Doc. No. |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND THE NOTICE OF HEARING WITH RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 29, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| Andy Wayne Westfall <br> Rachel Diane Westfall <br> 2688 Savannah Road <br> New Castle, PA 16101 | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 |

ELECTRONIC NOTIFICATION

| Daniel P. Foster | Office of the United States Trustee |
| Foster Law Offices | Liberty Center. |
| 1210 Park Avenue | 1001 Liberty Avenue, Suite 970 |
| Meadville, PA 16335 | Pittsburgh, PA 15222 |

Executed by: November 29, 2022

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135