IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ANDY WAYNE WESTFALL, and<br>RACHEL DIANE WESTFALL,<br><br>      Debtors<br><br>FIRST-CITIZENS BANK & TRUST COMPANY SUCCESSOR BY MERGER TO CIT BANK,<br><br>      Movant,<br><br>  V.<br><br>ANDY WAYNE WESTFALL,<br>RACHEL DIANE WESTFALL, and<br>RONDA J. WINNECOUR, Trustee,<br>      Respondents. | Bankruptcy No. 22-21268-GLT<br><br>Chapter 13<br><br>Doc. No. 39 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 39 )

      The undersigned hereby certifies that, as of December 5, 2022, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 39, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than December 16, 2022.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: December 19, 2022                      Respectfully submitted,

                                                        BERNSTEIN-BURKLEY, P.C.

                                                         By: /s/*Keri P. Ebeck*
                                                         Keri P. Ebeck, Esq.
                                                         PA I.D. # 91298
                                                         kebeck@bernsteinlaw.com
                                                         601 Grant Street, 9th Floor
                                                         Pittsburgh, PA 15219
                                                         Phone - (412) 456-8112
                                                         Fax - (412) 456-8135

                                                         *Counsel for First-Citizens Bank & Trust*
                                                         *Company by Merger to CIT Bank*
                                                         .