**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 22-21268-GLT |
| | : | |
| **Andy Wayne Westfall and** | : | |
| **Rachel Diane Westfall** | : | CHAPTER 13 |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Andy Wayne Westfall,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 63 |
| | : | |
| vs. | : | |
| | : | |
| **Sunbelt Solomon,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: January 31, 2024         By: /s/ Kristen N. Dennis
                                      Kristen N. Dennis, PARALEGAL
                                      FOSTER LAW OFFICES
                                      1210 Park Avenue
                                      Meadville, PA 16335
                                      Tel 814.724.1165
                                      Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**SUNBELT SOLOMON**
**129 W. MAIN STREET**
**SOLOMON, KS 67480**