Certificate Number: 03088-PAW-DE-041124194

Bankruptcy Case Number: 22-21268



03088-PAW-DE-041124194

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2026, at 8:43 o'clock PM CDT, Andy Westfall completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 22, 2026                    By:     /s/Doug Tonne

                                        Name:  Doug Tonne

                                        Title:  Counselor