Certificate Number: 03088-PAW-DE-041124195

Bankruptcy Case Number: 22-21268



03088-PAW-DE-041124195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2026, at 8:43 o'clock PM CDT, Rachel D Westfall completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 22, 2026            By:    /s/Doug Tonne

                                Name:  Doug Tonne

                                Title:   Counselor