**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 22-21268-GLT |
| | : | |
| **Andy Wayne Westfall and** | : | |
| **Rachel Diane Westfall** | : | **CHAPTER 13** |
| Debtors, | : | |
| _____ | : | **MOTION NO.: WO - 1** |
| **Andy Wayne Westfall,** | : | |
| Movant, | : | **RELATED TO DOCKET NO.: 88** |
| | : | |
| **vs.** | : | |
| | : | |
| **Sunbelt Solomon,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: June 30, 2026

By: /s/ Caitlyn A. Campbell
Caitlyn A. Campbell, HEAD PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**SUNBELT SOLOMON**
**129 W. MAIN STREET**
**SOLOMON, KS 67480**
**ATTN: PAYROLL MANAGER**