**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/29/26 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

ANDY WAYNE WESTFALL
RACHEL DIANE WESTFALL
Debtor(s)

Ronda J. Winnecour, Trustee
Movant
vs.
ANDY WAYNE WESTFALL
RACHEL DIANE WESTFALL

Respondents

Case No.22-21268GLT

Chapter 13

Related To Docket No. 87

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 29th Day of June, 2026 , it is hereby ORDERED, ADJUDGED, and DECREED that,

Sunbelt Solomon Solutions
Attn: Payroll
129 W Main Street
Solomon,KS 67480

is hereby ordered to immediately terminate the attachment of the wages of ANDY WAYNE WESTFALL, social security number XXX-XX-0730. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANDY WAYNE WESTFALL.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-21268-GLT

Andy Wayne Westfall | Chapter 13

Rachel Diane Westfall

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Andy Wayne Westfall, Rachel Diane Westfall, 2688 Savannah Road, New Castle, PA 16101-5541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Daniel P. Foster
      on behalf of Debtor Andy Wayne Westfall dan@mrdebtbuster.com
      katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
      on behalf of Joint Debtor Rachel Diane Westfall dan@mrdebtbuster.com
      katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

James R. Wood
      on behalf of Creditor Shenango Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Keri P. Ebeck
      on behalf of Creditor First-Citizens Bank & Trust Company by Merger to CIT Bank kebeck@metzlewis.com
      btemple@metzlewis.com

Matthew Fissel
      on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Jun 29, 2026                       Form ID: pdf900                               Total Noticed: 1

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 7