**Fill in this information to identify the case:**

Debtor 1 Andy Wayne Westfall

Debtor 2 Rachel Diane Westfall
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of Pennsylvania
(State)

Case number 22-21268 GLT

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** **PENNYMAC LOAN SERVICES, LLC**

**Court claim no**. (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 7361

**Property address:** **2688 Savannah Road**
Number Street
**New Castle PA 16101**
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $1,956.85.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ ________.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining
unpaid as of the date of this response: $ ________.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: 08 / 01 / 2026 .

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | |
|---|---|
| i. Date last payment was received on the mortgage: | 08 / 28 / 2026 |
| ii. Date next postpetition payment from the debtor is due: | 08 / 01 / 2026 |
| iii. Amount of the next postpetition payment that is due: | $ 996.98 |
| iv. Unpaid principal balance of the loan: | $ 84,727.57 |
| v. Additional amounts due for any deferred or accrued interest: | $ 792.67 |
| vi. Balance of the escrow account: | $ 0.00 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ 0.00 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 210.12 (escrow advance & MIP) |

## Part 4 Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Matthew Fissel Date September 3, 2026
Signature

Name Matthew Fissel
First name Middle name Last name

Title Attorney for Secured Creditor

Company KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 701 Market Street, Suite, 5000
Number Street
Philadelphia PA 19196
City State ZIP Code

Contact phone (215) 627-1322 Email bkgroup@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Rachel Diane Westfall**<br>**Andy Wayne Westfall**<br>**Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>**Movant**<br>**vs.**<br><br>**Rachel Diane Westfall**<br>**Andy Wayne Westfall**<br>**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>**Trustee** | **BK NO. 22-21268 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 14** |

## CERTIFICATE OF SERVICE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 3, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Rachel Diane Westfall
2688 Savannah Road
New Castle, PA 16101

Andy Wayne Westfall
2688 Savannah Road
New Castle, PA 16101

Attorney for Debtor(s) (via ECF)
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail

Dated: September 3, 2026

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

PENNYMAC
P.O. Box 514387
Los Angeles, CA 90051-4387

**Notice Date:** September 02, 2026

**Loan Number** [redacted]
**Property Address:**
2688 SAVANNAH RD
NEW CASTLE, PA 16101

ANDY WESTFALL
2688 SAVANNAH RD
NEW CASTLE, PA 16101

*** PLEASE NOTE NEW WIRING INFORMATION INSTRUCTIONS ***

# Payoff Demand Statement

Servicer: PennyMac Loan Services, LLC

**An Updated Payoff Demand Statement Should Be Ordered Within One Business Day of the Anticipated Payoff Date**

## ABOUT YOUR LOAN

**ALERT! Wire fraud often happens when statements/documents such as the Payoff Demand Statement are intercepted by an imposter and altered with fraudulent wiring instructions. Read below for instructions to protect yourself from fraud.**

**Due to an increase in imposter wire fraud incidents, we have removed the wiring instructions from this document. Follow these instructions to obtain and verify wiring instructions going forward.**

- **Go to SERVICINGPARTNERS.PENNYMAC.COM or PENNYMAC.COM, search "payoff"**
- **Verify wiring instructions on our automated phone system by calling 800.777.4001**
- **Use only the wiring instructions provided on the Pennymac sites listed above**
- **If you suspect fraudulent activity has occurred, call Pennymac at 800.777.4001 to speak to a Customer Service Representative**

**If you have moved or your mailing address has changed or will soon change, please provide us with your new mailing address so we can send important documents, notices and/or refund checks to you promptly. You can update your address online at PENNYMAC.COM or by calling Customer Service at 800.777.4001.**

If you would like to cure a delinquency on your loan to bring it current, and do not intend to pay off the loan in full, please contact us at 866.545.9070 to obtain a reinstatement quote, including available options to help you bring your loan current if you have a hardship.

## WHAT THIS MEANS

We've prepared your payoff quote and also included important information about paying off your mortgage. It's important that you read through this entire statement to ensure a smooth payoff process.

If you have an impound account associated with your mortgage loan for paying taxes and/or insurance and the next disbursement is within the good-through date of **September 14, 2026**, you must request an updated Payoff Demand Statement within one business day of your payoff. An updated payoff statement can be most easily

obtained on our website at PENNYMAC.COM or by calling 800.777.4001 and speak to a Customer Service Representative.

Title or Escrow Companies (or another authorized third party) may validate or obtain current payoff figures on our website by visiting **SERVICINGPARTNERS.PENNYMAC.COM**.

## PAYOFF

Loan Numbe[redacted]

This demand reflects the amount to pay your loan in full.

| | |
|---|---|
| Good Through: | September 14, 2026 |
| Loan Is Due For: | August 1, 2026 |
| Current Interest Rate: | 4.62500% |

If your loan is delinquent, additional or anticipated fees and costs may be incurred during the Good-through Date period relating to collection, foreclosure, bankruptcy, or other defaults on your loan. You must request an updated demand for current payoff figures within one business day of your anticipated payoff. Please note fees and costs will be calculated based on the Good-through Date. When you contact us to obtain an updated payoff demand statement, based upon the status of your loan, it may take additional time to calculate all applicable fees and costs to generate an updated payoff demand statement.

Funds received after 09/14/2026 will be subject to an additional $10.74 of interest per day. Funds MUST be received no later than 12:00 PM PT, for same day processing. Payoffs are not posted on weekends or holidays. Interest will be added to the account for these days.

**Payoff Breakdown:**
**Please beware of imposter wire fraud. See “Payoff Instructions” for more information.**

==========================================================================================

| | |
|---|---|
| Principal Balance: | $84,727.57 |
| Interest Due As Of: 09/14/2026 | $792.67 |
| Pro Rata MIP: | $117.34 |
| Escrow Advance Balance: | $92.78 |
| Recording Fees: | $79.75 |

Total Payoff Amount as of:
**September 14, 2026** $85,810.11

**Scheduled Escrow Disbursement(s):**

**These amounts may differ if your tax or insurance bills are more or less than the amount indicated below.**

Below are the next disbursement dates from your impound account: the Servicer may make these disbursements prior to the due date to ensure timely payment.

| | | |
|---|---|---|
| Hazard Insurance | $1,935.00 | July, 2027 |
| Mortgage Insurance | $58.67 | September, 2026 |
| Property Tax | $392.29 | April, 2027 |
| Property Tax | $2,056.28 | August, 2027 |
| Property Tax | $987.72 | April, 2027 |

**Amounts listed in the Scheduled Escrow Disbursement(s) section above are based on the last known amounts and will be paid by the Servicer as long as the loan is active; however, pending disbursement amounts are not included in the Total Payoff Amount Due. You must request an updated demand for current payoff figures or include those amounts in your remittance.**

**Note: The amount due in this statement does not include the Scheduled Escrow Disbursement(s) previously provided. An Updated Payoff Demand Statement Should Be Ordered Within One Business Day of the Anticipated Payoff Date**

---

**PAYOFF INSTRUCTIONS:**

1. A late fee in the amount of $20.09 may be added after the 16th of the month.
2. Funds MUST be sent via wire transfer, cashier's check, or title check only. Personal checks may not be accepted as payoff funds and may result in additional interest accrual.
3. **To obtain wiring instructions, please go to SERVICINGPARTNERS.PENNYMAC.COM** or PENNYMAC.COM, search "payoff". **Wiring instructions have been removed from the Payoff Demand Statement as a security measure to protect you from imposter wire fraud.**
4. For Office of Foreign Assets Control ("OFAC") requirements, wire remittance must include borrower's full legal name, date of birth and property address. If this information is not provided, it will delay the receipt of funds causing additional interest and other costs to be incurred.

**Mail or Overnight Instructions**
PennyMac Loan Services, LLC
Attention: Cash Management
6101 Condor Drive
Moorpark, CA 93021

Pennymac will prepare the release of lien and will submit for recording within the time limits established by each state after receiving full payoff funds.

The Total Amount Due provided on this payoff statement includes any payments made as of the date of this statement. If any **payments** are rejected/reversed/charged back by your financial institution, **resulting in the payoff amount not being sufficient,** PNMAC reserves the right to **consider the loan as unsatisfied and** not release the lien. Further, this could result in any amounts owed being referred to a Collection agency, which could result in negative impacts to your credit.

## The amount indicated in this Payoff Demand Statement is subject to change for various reasons, including but not limited to the following:

- When a charge of fifty ($50) dollars or more impacts the Total Payoff Amount during the Good Through Date, Pennymac may send an updated Payoff Demand Statement to the same fax or mailing address of this demand and any previous Statements will be rendered null and void.
- Additional or anticipated fees and costs may be incurred during the Good-through Date period relating to collection, foreclosure, bankruptcy, or other defaults on your loan.
- Adjustments may be required to reflect disbursements made by, or payments owed to, your prior

lender if the servicing of your loan was recently transferred to Pennymac.

- A fee may be assessed and your payoff may be delayed if a payment is returned unpaid by your financial institution for any reason which includes additional interest owed.

## WHAT YOU SHOULD DO

Continue to make all payments as scheduled. Any surplus balances in your account will be released to you within twenty (20) days of payment in full.

If you are enrolled in our Automatic Clearing House (ACH) program, it will automatically be cancelled when your loan is paid in full. You may cancel the ACH draft prior to the payoff by contacting Customer Service at least 3 business days prior to your scheduled payment date in order to avoid a draft from occurring prior to the payoff.

If you pay via online bill payment, please contact your financial institution or third party provider to cancel the payments once your loan has been paid in full.

## OTHER IMPORTANT INFORMATION REGARDING YOUR PAYOFF

The payoff amount is subject to our final verification once we receive payoff funds. If your loan is in default, regardless of the **Good Through Date**, all default related processes, including but not limited to foreclosure sale, will continue and all fees and costs incurred after this payoff quote is issued will continue to be assessed until the loan is paid in full.

We only accept payoff funds on business days. We reserve the right, except when prohibited, to adjust payoff amount and refuse any insufficient funds for any reason, including, but not limited to, error in calculation of the Total Amount Secured by Mortgage, previously dishonored checks, or money orders, stop payment of checks or pending automatic mortgage payments or additional payments we made between the date of this payoff statement and the date we received the funds.

**Escrow Account**
As your Servicer, we will pay tax and/or insurance payments that become due until your loan is paid in full if you have an escrow account. You or your closing agent (if applicable) will need to request a refund for any duplicate taxes or insurance payments made by you, attorney, Title or Escrow Company.

**Insufficient Payoff Proceeds**
We may use funds in your escrow account, if the payoff proceeds are insufficient, to payoff your loan. If the escrow balance is not enough to cover the shortage, the payoff funds will be returned and you will be required to order a new Payoff Demand Statement.

**Late Charges**
The amounts shown in this Payoff Demand Statement assume that all funds remitted for your monthly payments have cleared your bank account. A late charge and other fees may be assessed for payments that we receive after the appropriate late charge grace period.

**Mortgage Insurance Premiums (MIP)**
MIP on FHA loans are paid one month in arrears. The premium is a full month payment and is not subject to proration. The premium assessment is based upon when Pennymac is in receipt of payoff funds. If Pennymac is in receipt of funds on or after the 1st of the month a full month premium is assessed.

**Credit Reporting**
Payments received after 29 days from their due date may be reported as late to the credit reporting agencies.

**Insurance Claim**

If you wish to payoff your loan by using recent insurance claim proceeds, please call us at 800.777.4001.

## PENNYMAC APPRECIATES YOUR BUSINESS

If you have any questions, please call our Customer Service Department at 800.777.4001, Monday through Friday, between 5:00AM - 6:00PM PT, 7:00AM - 11:00AM PT on Saturday.

**Payoff funds must not be sent to the addresses below. Please refer to the "Payoff Instructions" section for details.**

| **Toll-Free: 800.777.4001** | **Payments:** | | **Correspondence:** |
|---|---|---|---|
| M – F 5:00AM - 6:00PM PT<br>SAT 7:00AM - 11:00AM PT<br>Toll-Free Fax: 866.577.7205 | **Standard Address:**<br>P.O. Box 30597<br>Los Angeles, CA 90030 | **Overnight Address:**<br>PennyMac Loan Services, LLC<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746<br>**(Please do not send correspondence)** | Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387<br>**(Please do not send payments)** |

**Website: PENNYMAC.COM**

**Secure Messaging Online:** Create an account and/or log in to PENNYMAC.COM, then look for the Secured Message Center to communicate with us securely.

# FHA Loans Originated prior to January 21, 2015

## Appendix 8 (C): Mortgagee Notice to Mortgagor (09/94)

This is in reply to your inquiry/request for payoff figures or offer to tender an amount to prepay in full your FHA-insured mortgage which this company is servicing.

This notice is to advise you of the procedure which will be followed to accomplish a full prepayment of your mortgage.

Pennymac will only accept the prepayment on the first day of any month during the mortgage term; or accept the prepayment whenever tendered with interest paid to the first day of the month following the date prepayment is received.

**Note:** It is to your advantage to arrange closings so that the prepayment reaches us on or before (as close to the end of the month as possible) the first work day of the month.

If you have any questions regarding this notice, please contact our Customer Service Department at 800.777.4001.

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

**NEW YORK** - If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt: 1) Supplemental security income (SSI); 2) Social security; 3) Public assistance (welfare); 4) Spousal support, maintenance (alimony) or child support; 5) Unemployment benefits; 6) Disability benefits; 7) Workers' compensation benefits; 8) Public or private pensions; 9) Veterans' benefits; 10) Federal student loans, federal student grants, and federal work study funds; and 11) Ninety percent of your wages or salary earned in the last sixty days. Pennymac Loan Services, LLC is registered with the Superintendent of the New York State Department of Financial Services (Department). You may obtain further information or file a complaint by calling the Department's Consumer Assistance Unit at 1.800.342.3736 or by visiting www.dfs.ny.gov.

**NORTH CAROLINA** - Licensed by the North Carolina Office of the Commissioner of Banks. Complaints regarding the servicing of your mortgage may be submitted to the Office of the Commissioner of [redacted] Edenton Street, Raleigh, NC 27603, (919) 733-3016. Licensed by the North Carolina Department of Insurance. Permit No [redacted] Condor Drive, Moorpark, CA 93021. Permit No. [redacted] Fort Worth, TX 76155. Permit N[redacted]043 Towns[redacted]00, Westlake Village, CA 91361. Permit No. [redacted] Plano Parkway, Suite 300, Ca[redacted]0. Permit N[redacted] 10845 Griffith Peak Drive, Suite 200A, Office [redacted], Las Vegas, NV 89135.

**OREGON** - Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800.777.4001. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888.877.4894 or visit dfr.oregon.gov.

***This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally.***

**Licensing Information**

Equal Housing [redacted] Pennymac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361, [redacted] NMLS ID[redacted] For licensing information, go to: www.nmlsconsumeraccess.org. Arizona Mortgage Banker License # [redacted]ed by the [redacted]nt of Financial Protection and Innovation under the California Residential Mortgage Lending Act. Colorado: Colorado[redacted]uth Quebec Street Suite 260, Greenwood Village, CO 80111, 877.215.2552. Massachusetts Mortgage Lender License # M[redacted]sota: This is not an offer to enter into an agreement and an offer may only be made pursuant to Minn. Stat. §47.206 (3) &[redacted] by the N.J. [redacted] Banking and Insurance. Licensed Mortgage Banker-NYS Department of Financial Services. Rhode Island Lender Licens[redacted]L. For more information, please visit PENNYMAC.COM/STATE-LICENSES. Not all property types qualify. Some loan products may not be available in all states. Information, property type eligibility, rates and pricing are subject to change without prior notice at the sole discretion of Pennymac Loan Services, LLC. Ask your loan officer for details. All loan programs subject to borrowers meeting appropriate underwriting conditions. This is not a commitment to lend. Other restrictions apply. The information included in this communication is considered confidential and proprietary, and any unauthorized reproduction is prohibited. © 2026 Pennymac Loan Services, LLC, Pennymac and all related marks are trademarks of Pennymac Loan Services, LLC and/or its subsidiaries or affiliates. All rights reserved.

| | |
|---|---|
| **Name:** | **Westfall** |
| **Loan Number:** | [redacted] |
| **Case Number:** | [redacted] |
| **Filing Date:** | **6/30/2022** |
| **Chapter** | **13** |
| **TPA: Y/N** | **Y** |
| **Post Due Date:** | **8/1/2026** |

| Date Paid | Posted date | Amount/Payment Received | Ongoing mort Payment(s) Applied | Post Due Date | Debtor/ Ongoing Suspense |
|---|---|---|---|---|---|
| | | $ - | $ - | | $ - |
| | 11/30/2022 | $ 2,471.78 | $ 887.17 | 7/1/2022 | $ 1,584.61 |
| | 11/30/2022 | $ - | $ 887.17 | 8/1/2022 | $ 697.44 |
| | 1/6/2023 | $ 307.11 | $ 887.17 | 9/1/2022 | $ 117.38 |
| | 2/7/2023 | $ 306.98 | $ - | | $ 424.36 |
| | 4/4/2023 | $ 2,318.30 | $ 887.17 | 10/1/2022 | $ 1,855.49 |
| | 4/4/2023 | $ - | $ 887.17 | 11/1/2022 | $ 968.32 |
| | 4/4/2023 | $ - | $ 887.17 | 12/1/2022 | $ 81.15 |
| | 5/3/2023 | $ 306.65 | $ - | | $ 387.80 |
| | 6/8/2023 | $ 919.72 | $ 887.17 | 1/1/2023 | $ 420.35 |
| | 7/11/2023 | $ 914.50 | $ 887.17 | 2/1/2023 | $ 447.68 |
| | 8/2/2023 | $ 612.61 | $ 887.17 | 3/1/2023 | $ 173.12 |
| | 9/11/2023 | $ 604.73 | $ - | | $ 777.85 |
| | 10/5/2023 | $ 1,162.20 | $ 887.17 | 4/1/2023 | $ 1,052.88 |
| | 10/5/2023 | $ - | $ 887.17 | 5/1/2023 | $ 165.71 |
| | 11/9/2023 | $ 499.93 | $ - | | $ 665.64 |
| | 12/12/2023 | $ 608.88 | $ 887.17 | 6/1/2023 | $ 387.35 |
| | 12/28/2023 | $ 345.48 | $ - | | $ 732.83 |
| | 2/6/2024 | $ 305.11 | $ 951.80 | 7/1/2023 | $ 86.14 |
| | 3/8/2024 | $ 508.83 | $ - | | $ 594.97 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4/5/2024 | $ | 1,106.75 | $ | 951.80 | 8/1/2023 | $ | 749.92 |
| | 5/2/2024 | $ | 1,480.74 | $ | 951.80 | 9/1/2023 | $ | 1,278.86 |
| | 5/2/2024 | $ | - | $ | 951.80 | 10/1/2023 | $ | 327.06 |
| | 6/24/2024 | $ | 987.63 | $ | 951.80 | 11/1/2023 | $ | 362.89 |
| | 7/9/2024 | $ | 992.05 | $ | 951.80 | 12/1/2023 | $ | 403.14 |
| | 8/5/2024 | $ | 995.89 | $ | 951.80 | 1/1/2024 | $ | 447.23 |
| | 9/6/2024 | $ | 999.21 | $ | 951.80 | 2/1/2024 | $ | 494.64 |
| | 10/7/2024 | $ | 1,002.09 | $ | 951.80 | 3/1/2024 | $ | 544.93 |
| | 11/18/2024 | $ | 1,004.58 | $ | 951.80 | 4/1/2024 | $ | 597.71 |
| | 12/17/2024 | $ | 1,510.12 | $ | 951.80 | 5/1/2024 | $ | 1,156.03 |
| | 12/17/2024 | $ | - | $ | 951.80 | 6/1/2024 | $ | 204.23 |
| | 1/6/2025 | $ | 1,008.86 | $ | 1,016.21 | 7/1/2024 | $ | 196.88 |
| | 2/12/2025 | $ | 1,159.16 | $ | 1,016.21 | 8/1/2024 | $ | 339.83 |
| | 3/11/2025 | $ | 1,012.28 | $ | 1,016.21 | 9/1/2024 | $ | 335.90 |
| | 4/4/2025 | $ | 1,555.21 | $ | 1,016.21 | 10/1/2024 | $ | 874.90 |
| | 5/7/2025 | $ | 1,063.49 | $ | 1,016.21 | 11/1/2024 | $ | 922.18 |
| | 6/9/2025 | $ | 543.58 | $ | 1,016.21 | 12/1/2024 | $ | 449.55 |
| | 7/25/2025 | $ | 1,664.70 | $ | 1,016.21 | 1/1/2025 | $ | 1,098.04 |
| | 7/25/2025 | $ | - | $ | 1,016.21 | 2/1/2025 | $ | 81.83 |
| | 8/22/2025 | $ | 1,131.71 | $ | 1,016.21 | 3/1/2025 | $ | 197.33 |
| | 9/11/2025 | $ | 1,190.88 | $ | 1,016.21 | 4/1/2025 | $ | 372.00 |
| | 10/24/2025 | $ | 1,881.08 | $ | 1,016.21 | 5/1/2025 | $ | 1,236.87 |
| | 10/24/2025 | $ | - | $ | 1,016.21 | 6/1/2025 | $ | 220.66 |
| | 11/29/2025 | $ | 660.49 | $ | - | | $ | 881.15 |
| | 12/3/2025 | $ | 1,394.29 | $ | 1,070.41 | 7/1/2025 | $ | 1,205.03 |
| | 12/3/2025 | $ | - | $ | 1,070.41 | 8/1/2025 | $ | 134.62 |
| | 1/16/2025 | $ | 1,464.16 | $ | 1,070.41 | 9/1/2025 | $ | 528.37 |
| | 2/11/2026 | $ | 1,530.29 | $ | 1,070.41 | 10/1/2025 | $ | 988.25 |
| | 3/17/2026 | $ | 2,388.56 | $ | 1,070.41 | 11/1/2025 | $ | 2,306.40 |
| | 3/17/2026 | $ | - | $ | 1,070.41 | 12/1/2025 | $ | 1,235.99 |
| | 3/17/2026 | $ | - | $ | 1,070.41 | 1/1/2026 | $ | 165.58 |
| | 4/20/2026 | $ | 1,665.87 | $ | 1,070.41 | 2/1/2026 | $ | 761.04 |
| | 6/15/2026 | $ | 1,070.41 | $ | 1,070.41 | 3/1/2026 | $ | 761.04 |
| 5/27/2026 | 6/15/2026 | $ | - | $ | - | | $ | 761.04 |

| | | | | | |
|---|---|---|---|---|---|
| 4/27/2026 | 7/6/2026 | $ - | $ - | | $ 761.04 |
| | 7/6/2026 | $ 2,450.19 | $ - | | $ 3,211.23 |
| | 7/10/2026 | $ - | $ - | escrow | $ 3,211.23 |
| | 7/13/2026 | $ - | $ 1,070.41 | 4/1/2026 | $ 2,140.82 |
| | 7/13/2026 | $ - | $ 1,070.41 | 5/1/2026 | $ 1,070.41 |
| | 7/13/2026 | $ - | $ 1,070.41 | 6/1/2026 | $ 0.00 |
| | 8/28/2026 | $ 1,063.17 | $ 1,063.17 | 7/1/2026 | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |
| | | $ - | $ - | | $ 0.00 |