**Fill in this information to identify the case:**

Debtor 1 Andy Wayne Westfall

Debtor 2 Rachel Diane Westfall

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number 22-21268 GLT

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: PENNYMAC LOAN SERVICES, LLC**

**Court claim no**. (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 7361

**Date of payment change:**
Must be at least 21 days after date of this notice 07/01/2026

**New total payment:** $1063.17
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________

**Current escrow payment:** $568.11

**New escrow payment:** $ 560.87

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________________

**Current interest rate:** ________%

**New interest rate:** ________%

**Current principal and interest payment:** $________

**New principal and interest payment:** $ ________

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No

☐ Yes.

**Current HELOC payment:** $________

**Reconciliation amount:** + $________ or
- $________



[redacted]

Debtor(s) Andy Wayne Westfall, Rachel Diane Westfall
First Name Middle Name Last Name

Case number *(if known)* 22-21268 GLT

**Amount of next payment (including reconciliation amount)** $________

**Amount of the new payment thereafter (without reconciliation amount)** $________

**Part 4: Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:________________________________________________________________

**Current mortgage payment:** $________________ **New mortgage payment:** $ _______________

**Part 5: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Matthew Fissel
Signature

Date 05/12/2026

**Print:** Matthew Fissel
12 May 2026, 14:21:22, EDT

Title Attorney for Creditor_____

Company KML Law Group, P.C.___________________________

Address 701 Market Street, Suite 5000______________
Number Street
Philadelphia, PA 19106
City State ZIP Code

Contact phone (215) 627–1322 Email bkgroup@kmllawgroup.com



[redacted]